UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PROTEGRITY CORPORATION,<br><br>                        Plaintiff,<br><br>v.<br><br>DATAGUISE, INC.,<br><br>                      Defendant. | NO. 3:13-cv-00715-VLB<br><br>November 1, 2013 |

### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

Defendant Dataguise hereby moves to dismiss or in the alternative transfer (pursuant to 28 U.S.C. § 1406(a)) the complaint for lack of personal jurisdiction (Fed. R. Civ. P. 12(b)(2)) and for improper venue (Fed. R. Civ. P. 12(b)(3)) or, in the alternative, to transfer the case to the United States District Court for the Northern District of California in the interest of justice and for the convenience of the parties pursuant to 28 U.S.C. § 1404(a).

As grounds for this motion, and in accordance with Rule 7 of the Local Rules of this Court, the defendant respectfully refers to its supporting memorandum of law, filed this same date.

THE DEFENDANT,
DATAGUISE, INC.,


By: /s/ Patrick M. Fahey
    Patrick M. Fahey (ct13862)
    Lee A. Duval (ct23387)
    SHIPMAN & GOODWIN LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Tel. 860-251-5000
    Fax 860-251-5219
    pfahey@goodwin.com

    and

    Ragesh K. Tangri
    *admitted pro hac vice,* phv06133
    California Bar No. 159477
    Joseph C. Gratz
    *admitted pro hac vice,* phv06134
    California Bar No. 240676
    Durie Tangri LLP
    217 Leidesdorff Street
    San Francisco, CA 94111-3007
    Tel. 415-362-6666
    Fax 415-236-6300
    rtangri@durietangri.com
    jgratz@durietangri.com

    Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2013, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/Patrick M. Fahey